IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA, | ) | CR 2:99-751 |
|---|---|---|
| -vs- | ) | |
| DWAYNE DELESTON, | ) | **O R D E R** |
| Defendant. | ) | |

This matter is before the court pursuant to defendant's Motion to Amend his original 28 U.S.C. § 2255. This motion was filed December 17, 2013. After careful review of the motion, it is therefore

**ORDERED**, that defendant's Motion to Amend is **DENIED**.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

December 23, 2013
Charleston, South Carolina